Filing # 201691461 E-Filed 07/01/2024 02:13:00 PM

IN THE COUNTY COURT OF THE 9TH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

Case No.

ELIJAH MCLEAN,

    **Plaintiff,**

v.

                                                **JURY TRIAL DEMANDED**

OPPORTUNITY FINANCIAL LLC,

    **Defendant.**

_____/

## COMPLAINT

Plaintiff Elijah Mclean ("Plaintiff") sues Defendant Opportunity Financial LLC ("Defendant") for violations of the Florida Consumer Collection Practices Act ("FCCPA").

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over Plaintiff and Defendant (collectively, the "Parties"), because the cause of action arises within the jurisdiction of this Court and, thus, venue and jurisdiction are proper.

2.    This Court has personal jurisdiction over Defendant because Defendant are operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Orange County, Florida.

3.    The amount in controversy is greater than $8,000 but not to exceed $15,000.00 exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

4.    Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Orange County, Florida.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## PARTIES

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Orange County, Florida.

6.      Defendant is a Delaware limited liability company, with its principal place of business located in Chicago, Illinois.

## DEMAND FOR JURY TRIAL

7.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

8.      On a date better known by Defendant, Defendant began attempting to collect a debt (the "Consumer Debt") from Plaintiff.

9.      The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between Defendant, the original creditor of the Consumer Debt, and Plaintiff (the "Subject Service").

10.     The Subject Service was allegedly primarily for personal, family, or household purposes.

11.     Defendant is a "person" within the meaning of Fla. Stat. § 559.72.

12.     On a date better known by Defendant, Defendant began attempting to collect on the Consumer Debt by reporting the Consumer Debt as an unpaid balance to Opportunity Financial LLC on Plaintiff's credit report.

13.     Defendant is reporting the Consumer Debt as an unpaid balance of $1,285.00.

14.     The Consumer Debt does not belong to Plaintiff.

15.     In or about February 2024, Plaintiff disputed Defendant's reporting of the Consumer Debt with Trans Union.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

16.     On March 6, 2024, Defendant verified the reporting of the Consumer Debt as accurate and continued reporting the Consumer Debt.

17.     In or about April 2024, Plaintiff disputed Defendant's reporting of the Consumer Debt with Equifax.

18.     On May 22, 2024, Defendant verified the reporting of the Consumer Debt as accurate and continued reporting the Consumer Debt.

19.     Defendant's improper reporting of the Consumer Debt caused Plaintiff to suffer mental anguish, emotional distress, embarrassment and shame, loss of enjoyment of life, depression, anxiety, loss of appetite and energy, sleep disturbance and loss of sleep, loss of concentration, and fear of potential legal action.

20.     Defendant's improper reporting of the Consumer Debt misled and influenced Plaintiff to his detriment because he reasonably believed that he may have owed a debt when in fact he did not owe that debt.

21.     The wasted time and/or money spent investigating the validity of the Consumer Debt and in evaluating the legal ramifications of Defendant's improper reporting of the Consumer Debt was a concrete harm suffered by Plaintiff. *See Toste v. Beach Club at Fontainebleau Park Condo. Ass'n,, Aventura, P.A., 2022 U.S. App. LEXIS 25076* (11th Cir. Sept. 7, 2022).

## COUNT 1
## VIOLATION OF FLA. STAT. § 559.72(9)

22.     Plaintiff incorporates by reference ¶¶ 8-21 of this Complaint.

23.     Pursuant to § 559.72(9) of the FCCPA, in collecting consumer debts, no person shall: "[c]laim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist."

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

24.     As set forth above, Defendant's improper reporting of the Consumer Debt was an attempt to collect an alleged debt from Plaintiff that Plaintiff did not owe.

25.     By attempting to collect the Consumer Debt that was not owed by Plaintiff, Defendant attempted to enforce the Consumer Debt when it knew that the debt was not legitimate and/or knew that the right to collect did not exist.

26.     Accordingly, by Defendant's improper reporting of the Consumer Debt, Defendant violated FLA. STAT. § 559.72(9).

27.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

(a)     Actual and statutory damages as provided under Fla. Stat. § 559.77(2);

(b)     An injunction prohibiting Defendant from engaging in further collection activities directed at Plaintiff that are in violation of the FCCPA;

(c)     Costs and reasonable attorneys' fees pursuant to Fla. Stat. § 559.77(2); and

(d)     Any other relief that this Court deems appropriate under the circumstances.

DATED: July 1, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com